AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxxx xxxxxxxx xxxxxxx xxx
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Luke E. McGuire___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Drug Enforcement Agency___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
The premises are described in the affidavit, which is incorporated by reference herein

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
SEE ATTACHMENT A, WHICH IS INCORPORATED BY REFERENCE HEREIN

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
EVIDENCE OF CRIME

concerning a violation of Title _21_ United States Code, Section(s) _§841 and §846_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Lionel Andre
OCNT/Criminal Division
(202) 353-2481

Signature of Affiant
Luke E. McGuire, Special Agent
Drug Enforcement Agency

Sworn to before me, and subscribed in my presence

_____           at Washington, D.C.
Date

_____           _____
Name and Title of Judicial Officer            Signature of Judicial Officer