AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3846 Carpenter Street, SE
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 05 - 0404M - 01

TO: __Luke E. McGuire__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Luke E. McGuire__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

The premises are described in the affidavit, which is incorporated by reference herein

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT A, WHICH IS INCORPORATED BY REFERENCE HEREIN

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 29, 2005___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 20 2005  2:40   at Washington, D.C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer