# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/20/05 | 7/22/05 Approx 6:53AM | Clarence COLEMAN |

INVENTORY MADE IN THE PRESENCE OF   Clarence COLEMAN

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- TWO (2) HANDGUNS (REVOLVER & .25 SEMI AUTO)
- AMMUNITION (LOOSE HANDGUN ROUNDS)
- MISC. DOCUMENTS INCLUDING:
    - BANK STATEMENTS
    - TAX RETURNS
    - REAL ESTATE DOCUMENTS
    - PHONE BILLS
    - MISC. LETTERS

**FILED**

JUL 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    7/26/05
U.S. Judge or U.S. Magistrate Judge    Date